IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| YORLANDY CHARON DESPAIGNE,<br><br>Petitioner,<br>v.<br><br>Warden, Chase County Jail;<br>Field Office Director, ICE;<br>Director, ICE; and<br>Attorney General of the United States,<br><br>Respondents. | ) | Case No. 26-3346-JWL |

**ORDER OF DISMISSAL**

In a separate case (Case No. 26-3302), petitioner, acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, by which he challenged his detention by immigration officials without a bond hearing; and by Memorandum and Order of September 15, 2026, the Court granted the petition in part and ordered a bond hearing for petitioner. Petitioner has now filed the identical petition, although dated September 14, 2026 (and postmarked September 16, 2026), which he seemingly sent to the Court before receiving a copy of the Court's order in the other case. Accordingly, because the new petition is duplicative and is now moot in light of the relief already granted petitioner, this new case is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 21st day of September, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge